RECEIVED
MAR 0 4 2014
PRO SE OFFICE
COMPLAINT

US DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Kenneth Eng, Plaintiff

Against

Officer Aisha Dixon
Officer Aducci
Unknown Police Captain or Detective
Unknown Government Agency, Defendants

**CV 14        1501**



VITALIANO, J.

BLOOM, M.J.

1.  Parties:

Plaintiff Kenneth Eng resides at 4266 Saull Street, Flushing, NY 11355
Defendant Aisha Dixon resides at unknown
Defendant Unknown Government Agency resides at unknown

2.  The jurisdiction of the court is invoked pursuant to t he First Amendment and laws against threats and intimidation (in particular harassment). This is a criminal matter as well, but as the defendants are police officers, I do not feel comfortable reporting this to the NYPD.

3.  I am asking to file a late claim due to the fact that I was under house arrest for a very long time, and I was concerned about filing a lawsuit while I was under probation due to potential retaliation. Only recently did I come off probation, which is why I feel safer filing a lawsuit now.

On February 23, 2011, I was on the subway after having met with my probation officer when I was confronted by Aisha Dixon, a police officer. This person claimed that I had "assaulted" a woman seven months before and demanded to see my ID card. I complied, and she discussed it with her supervisor, a plainsclothes police officer who was about 5'9", either white or Hispanic, medium build, wearing a baseball cap, jacket and blue jeans. This police officer who was likely a detective or captain, ordered me off the train.

He made me and my mother wait in the station while we were surrounded by police officers. A police officer named Aducci (to my memory, but it might have been spelled differently) began to threaten my mother when she stood too close to him. My mother is an old lady and this man was 5'10", 200 lbs. with a heavy build. Aducci appeared to be of Italian descent, wore glasses, had a beard and moustache, and pepper-colored hair. He then proceeded to challenge me to a staring contest in an attempt to intimidate me.

Furthermore, the unknown police detective threatened my mother by shouting at her, "Hey, we're the police, we tell you what to do, you don't tell us what to do!" This behavior was absolutely disgusting. This officer should be ashamed to wear a badge.

Furthermore, the officers handcuffed me tightly. It was very painful.

Later on, Officer Dixon started to shout at me because she discovered I was formerly convicted of a hate crime. I believe she thought she had the "right" to do this due to the fact that she is a

nigger (I am aware that by using this word, I am damaging my chances of winning this lawsuit, but as a man of principle, I will use this word regardless. I don't care if you hold it against me, I stand my ground as an Asian Supremacist and devout racist). I told the police that I needed my medication, which was ordered by federal court, and Officer Dixon said, "Yeah well, you're under arrest, so you're going to jail instead." This is not the first time I have heard niggers make remarks such as this. If she was white, I would probably be more lenient.

It is also my belief that Officer Dixon was abusing her power by using deception. For example, she smiled at me when she first confronted me on the train, saying, "Hi, remember me?" Due to my previous experience with nigs, I believe she typically smiles through her teeth in order to deceive people. Almost every black female I have met exhibits this kind of behavior, which in my view is completely antithetical to what the NYPD should stand for.

While I was in the court, I was attacked by a black inmate who made a racist remark at me. A Hispanic corrections officer broke up the fight and immediately blamed it on me without asking for my side of the story, saying, "Yo, you'd better can that Bruce Lee shit or we're going to rearrest you." My previous experience with spics (and yes, I am aware that it is not strategic to use this word in a lawsuit, but I am an Asian Supremacist and I must use this word) has taught me that he was most likely discriminating against me based on my ethnicity. Coons and wetbacks usually help each other.

The reason I bring up this lawsuit now is that I recently realized that it was probably not bad luck that Officer Dixon ran into me that day on the subway. As Snowden's actions revealed that the NSA has been spying on citizens, I am guessing that these officers were probably sent to apprehend me right after I left the probation office. They claim that they had "Wanted Posters" for me posted all over the city for months, yet I regularly used the 7 train where the alleged crime occurred, and never once did I see a single Wanted Poster with my photo. Furthermore, when the nigger confronted me during the alleged crime, she told me she "knew" I punched the woman. Yet they let me go, only to arrest me 7 months later? Furthermore, they would not even need to use a Wanted Poster. Police in New York can easily share photos with other police, in which case someone would almost certainly have recognized me due to the fact that there are so few Asian people in the criminal system. It is my belief that the NSA or an unknown government organization has been sent to, for lack of a better phrase, "toy with me" due to the fact that I had been released from a criminal matter a mere six days before February 23, 2011.

I do not usually care for other people's opinions, but if it matters to the court, Judge Block also questioned whether or not this was a conspiracy when I was brought before him after my arrest.

4.  I am seeking $3,000,000 in damages from each defendant. Furthermore, I would like the court to order Officer Dixon to pay $2,000,000 to an Asian rights organization. The niggers need a lesson in ethical behavior.

February 28, 2014

917-573-9453